# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMOS LEJON McCLENDON, | ) NO. EDCV 07-1059-DDP (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| JAMES YATES, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: December 5, 2011 .

/s/ Dean D. Pregerson

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE